E-SERVED
06/04/04
11:30 AM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD/JGL)**

**This Document Relates to:**
***Presley v. Bayer Corporation*, Case No. 02-193-MJD**

**MOTION TO WITHDRAW AS COUNSEL**
**FOR PLAINTIFF TINA C. PRESLEY**

Comes now the undersigned counsel to move for leave to withdraw as counsel for Plaintiff Tina C. Presley ("Presley" or "Plaintiff") in the case entitled *Tina C. Presley v. Bayer Corporation*, MDL Case No. 02-193, for the following reasons:

1. Plaintiff Presley has obtained successor counsel, specifically William K. Berenson, Esquire, of the Law Offices of William K. Berenson, 1701 River Run, Suite 900, Fort Worth, Texas 76107, to represent her in this matter.

2. Presley is aware of and approved the substitution of counsel.

3. No deadlines set by the Court will be impaired by the substitution of counsel.

Therefore, premises considered, the undersigned counsel requests that the motion to withdraw be granted. A proposed order is submitted herewith.

Respectfully submitted,

Original Signature on File with Filing Attorney

William B. Federman
TBA # 00794935
FEDERMAN & SHERWOOD
120 N. Robinson Avenue, Suite 2720
Oklahoma City, OK 73102
Tel: (405) 235-1560
Fax: (405) 239-2112

E-SERVED
06/04/04
11:30 AM ET
Baycol MDL 1431

and
2926 Maple Ave., Suite 200
Dallas, TX 75201

And

Don Strong
G. Stephen Martin, II
STRONG, MARTIN & ASSOCIATES, PLLC
120 N. Robinson, Suite 2700
Oklahoma City, OK 73102

And

T. David Hasbrook
HASBROOK & HASBROOK
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102

E-SERVED
06/04/04
11:30 AM ET
Baycol MDL 1431

**Certificate of Service**

On 6/4/2004, the foregoing was electronically served to counsel of record.

Original Signature on File with Filing Attorney_

William B. Federman